UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISABEL TAVERAS, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,                22-cv-4427 (JGK)

                    Plaintiff,                    ORDER

        - against -

CURVY SENSE, INC.

                    Defendant.

---

JOHN G. KOELTL, District Judge:

    On July 11, 2022, the Court extended the time for the
defendant to answer to July 28, 2022. The defendant has not yet
filed an answer. The time for the defendant to answer is extended
to August 12, 2022. If the defendant fails to answer by that
date, the plaintiff may seek a default judgment.

    The conference scheduled for August 9, 2022, is canceled.

SO ORDERED.

Dated:    New York, New York
          August 3, 2022

                                    John G. Koeltl
                            United States District Judge