**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ISABEL TAVERAS,

                     Plaintiff,          **ORDER**

       -against-              **22-CV-4427 (JW)**

HERB PHARM, LLC,

                     Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 5, 2022, the Parties filed a letter informing the Court that the parties had a settlement in principle, and requesting that all deadlines be adjourned *sine die*. Dkt. No. 13. The request is GRANTED. The Parties are directed to file their settlement papers, or a status update latter, by September 8, 2022.

SO ORDERED.

DATED:    New York, New York
           August 8, 2022

                                 *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                                United States Magistrate Judge